### LAYTON *v.* THE STATE.

LIQUOR LAW OF 1873.—*Affidavit.*—In a prosecution, under the tenth section of the liquor law of 1873, for a sale of liquor after nine o'clock in the evening, it is necessary to allege that the liquor was sold to be drank on the premises where it was sold.

From the Putnam Circuit Court.

*J. J. Smiley* and *W. G. Neff,* for appellant.

*C. A. Buskirk,* Attorney General, *R. D. Doyle, W. R. Guthrie,* Prosecuting Attorney, and *T. C. Grooms,* for the State.

DOWNEY, J.—This was a prosecution on affidavit and information, against the appellant, under the tenth section of the liquor law of February 27th, 1873, Acts 1873, p. 151.

The affidavit charges a sale made after nine o'clock in the evening, but it does not allege that the liquor was sold to be drunk on the premises where it was sold. A motion to quash the affidavit and information was made and overruled in the circuit court. According to the opinion of a majority of the court in *Morris* v. *The State,* 47 Ind. 503, the motion should have been sustained.

The judgment is reversed, and the cause remanded, with instructions to quash the affidavit and information.